# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLARITA ANDERSON, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 07 C 1378 |
| v. | ) | |
| | ) | Judge Guzman |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

**AGREED, QUALIFIED PROTECTIVE ORDER**

Pursuant to 45 C.F.R. §§ 160 and 164, the Parties to this action, by and through their respective counsel, agree to the following Protective Order:

The following words and terms are defined for purposes of this agreed, qualified protective order:

"Signatories" shall mean all parties, third-parties, and non-parties that a court may subsequently recognize as a signatory of this qualified protective order.

"HIPAA" shall mean Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 & 42 U.S.C. (2002).

"Privacy Standards" shall mean the Standards for Privacy of Individually Identifiable Health Information. *See* 45 C.F.R. §§ 160 & 164 (2000).

"PHI" shall mean protected health information, as that term is used in HIPAA and the Privacy Standards.

The signatories agree to the following terms and limitations:

1. The signatories are familiar with HIPAA and the Privacy Standards.

2. The signatories recognize that it may be necessary during the course of this proceeding to produce PHI of parties, third-parties, and non-parties to other parties, third-parties, and non-parties.

3. The signatories agree to assist each other in the release of PHI by waiving all notice requirements that would otherwise be necessary.

4. The signatories either seek or agree to the release of PHI for Clarita Anderson; DOB 5/10/83, Social Security # _____ from the covered entity or entities identified in interrogatory answers or supplementary disclosures.

5. The signatories agree not to use or disclose the PHI released for this proceeding for any other purpose or in any other proceeding.

6. The signatories agree to store all PHI while it is in their possession according to the Privacy Standards.

7. The signatories agree at the termination of this proceeding to dispose of the PHI released during the course of this proceeding pursuant to the Privacy Standards.


*Mary S. McDonald*                                         *Jared Kosoglad*
Mary McDonald                                              Jared Kosoglad
Assistant Corporation Counsel                              119 N. Peoria Street
Attorney for Defendants Sheehan,                           Suite 3A
Yoshikawa and Miller                                       Chicago, IL 60607
Chicago, IL 60601
30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 744-8307


DATED: June 28, 2007                                       DATED: June 28, 2007


ENTERED:_____                           DATED:_____
         JUDGE RONALD A. GUZMAN