THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARITA ANDERSON, MONTRELL HARDY, ALMA LYLES, and MALCOLM THOMPSON )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF CHICAGO, CHICAGO POLICE OFFICERS D. SHEEHAN, Star #15016, B. YOSHIKAWA, Star #13973, and OFFICER MILLER, Star #7212, )<br><br>Defendants. ) | No. 07 C 1378<br><br>Judge Ronald Guzman<br><br>Magistrate Judge Schenkier<br><br>JURY DEMANDED |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled against defendant Curtis Miller pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause against defendant Curtis Miller should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal of defendant Curtis Miller.

Jared Kosoglad
Attorney for plaintiffs,
Law Office of Christopher Smith
119 N. Peoria St. #3A
Chicago, IL 60607
Attorney No. 6286633
DATE: 3/24/08

Avi Kamionski
Assistant Corporation Counsel
Attorney for defendant Curtis Miller
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6283191
DATE: 3/24/08

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY:
Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-3251
Attorney No. _____
DATE: 3/25/08

7