IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLARITA ANDERSON, MONTRELL HARDY, ALMA LYLES and MALCOLM THOMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, CHICAGO POLICE OFFICERS D. SHEEHAN, Star #15016, and B. YOSHIKAWA, Star # 13973.<br><br>Defendants. | 07 C 1378<br><br>Judge Ronald Guzman<br><br>Magistrate Judge Schenkier<br><br>JURY DEMANDED |

### DEFENDANT OFFICERS D. SHEEHAN'S AND B. YOSHIKAWA'S MOTION FOR PARTIAL FOR SUMMARY JUDGMENT

NOW COME Defendants Officers Daniel Sheehan and Brent Yoshikawa, (collectively "Defendant Officers"), by and through their attorneys, Marc J. Boxerman and Tiffany Harris, Assistant Corporation Counsels for the City of Chicago, and, pursuant to Fed. R. Civ. Pro. 56, respectfully request this Court grant them summary judgment on Counts I, II, IX, and X of Plaintiffs' First Amended Complaint as to all plaintiffs except Clarita Anderson, and on Counts IV and V. In addition, Officer Yoshikawa requests this Court grant him summary judgment on Count III. In support of this motion, Defendant Officers state as follows:

1. A movant is entitled to summary judgment when the pleadings and affidavits show there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Summary judgment is properly granted "upon motion, against a party who fails to make a showing sufficient to establish the

existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial." *Id.*

2.  Under this standard, as to all plaintiffs except Clarita Anderson ("Anderson"), Defendant Officers are entitled to summary judgment on the search and seizure claim (Count I of the First Amended Complaint), as well as Plaintiffs' false imprisonment (Count II), and false arrest (Count X) claims because the undisputed facts show that Montrell Hardy ("Hardy"), Malcolm Thompson ("Thompson"), and Alma Lyles ("Lyles") were subject only to a lawful investigatory stop. *See Terry v. Ohio*, 392 U.S. 1 (1968).

3.  Officer Yoshikawa is entitled to summary judgment on Plaintiffs' excessive force claim (Count III of the First Amended Complaint) because the undisputed facts indicate that he did not employ any force other than to assist in the handcuffing of Hardy and Thompson, which was minimal and objectively reasonable.

4.  Defendant Officers are entitled to summary judgment on Plaintiffs' equal protection claim (Count IV of the First Amended Complaint) because there is no evidence in the record supporting Plaintiffs' claims that the Defendant Officers treated them differently from similarly situated non-minority citizens.

5.  Defendant Officers are also entitled to summary judgment on Plaintiffs' conspiracy claim (Count V of the First Amended Complaint) because the undisputed facts do not support that a conspiracy existed between the Defendant Officers to deprive Plaintiffs of their rights under federal law.

6.  Lastly, as to all plaintiffs except Anderson, Defendant Officers are entitled to summary judgment on the battery claim (Count IX of the First Amended Complaint), because the undisputed facts show that the Defendant Officers did not commit a battery upon Hardy,

Thompson, or Lyles. The uncontroverted facts show that the Defendant Officers never touched Lyles, and any touching of Hardy and Thompson did not amount to willful and wanton conduct.

7. Defendant Officers submit a memorandum of law in support of this motion.

WHEREFORE, for the reasons stated above, Defendant Officers request this Court grant them summary judgment on Counts I, II, IX, and X of Plaintiffs' First Amended Complaint as to all plaintiffs except Clarita Anderson, and on Counts IV and V, summary judgment in favor of Officer Yoshikawa on Count III of the First Amended Complaint, and for any additional relief this court deems appropriate.

Respectfully submitted,

s/ Marc J. Boxerman
MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago Department of Law
30 N. La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
(312) 744-6566 (Fax)
mboxerman@cityofchicago.org
Atty. No. 06215790

## CERTIFICATE OF SERVICE

I, Marc J. Boxerman, certify that I have caused a true and correct copy of the above **Notice of Filing, Defendant Officers D. Sheehan's And B. Yoshikawa's Motion For Partial For Summary Judgment, Defendants' Memorandum in Support of Defendants' Motion for Partial Summary Judgment,** and **Defendants' Rule 56.1(a)(3) Statement of Undisputed Facts** to be sent via e-filing to the persons named in the Notice of Motion, each a "Filing User" pursuant to Case Management/Electronic Case Files, on July 11, 2008, in accordance with the rules governing the electronic filing of documents.

s/Marc J. Boxerman
MARC J. BOXERMAN